DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE BENJAMIN,**
Appellant,

v.

**CAPITAL ONE BANK, N.A,**
Appellee.

No. 4D2023-3128

[August 15, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE23-077781.

Josue Benjamin, Margate, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***